**Electronically Filed
Supreme Court
SCWC-23-0000714
26-FEB-2025
02:27 PM
Dkt. 8 ODAC**

SCWC-23-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

I.S., Petitioner/Appellant-Appellant,

vs.

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I, and J.R., Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000714; CASE NO. 1FAL-22-0000001)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner I.S.'s Application for Writ of Certiorari,

filed on January 16, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, February 26, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

